# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS                                              DEFENDANTS

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER     ATTORNEYS (IF KNOWN)

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No ☐ Yes ☐   Judge Previously Assigned

If yes, was this case  Vol. ☐  Invol. ☐   Dismissed. No ☐  Yes ☐   If yes, give date _____ & Case No. _____

Is this an international arbitration case?         No ☐      Yes ☐

(PLACE AN [x] IN ONE BOX ONLY)                     NATURE OF SUIT

TORTS                                                                                                    ACTIONS UNDER STATUTES

**CONTRACT**                PERSONAL INJURY         PERSONAL INJURY/            FORFEITURE/PENALTY        BANKRUPTCY                  OTHER STATUTES
                                                    [ ] 367 HEALTHCARE/
[ ] 110  INSURANCE          [ ] 310 AIRPLANE        PHARMACEUTICAL PERSONAL     [ ] 625 DRUG RELATED      [ ] 422 APPEAL              [ ] 375 FALSE CLAIMS
[ ] 120  MARINE             [ ] 315 AIRPLANE PRODUCT INJURY/PRODUCT LIABILITY        SEIZURE OF PROPERTY       28 USC 158             [ ] 376 QUI TAM
[ ] 130  MILLER ACT                 LIABILITY       [ ] 365 PERSONAL INJURY         21 USC 881            [ ] 423 WITHDRAWAL          [ ] 400 STATE
[ ] 140  NEGOTIABLE         [ ] 320 ASSAULT, LIBEL &       PRODUCT LIABILITY    [ ] 690 OTHER                 28 USC 157                      REAPPORTIONMENT
         INSTRUMENT                 SLANDER         [ ] 368 ASBESTOS PERSONAL                                                         [ ] 410 ANTITRUST
[ ] 150  RECOVERY OF        [ ] 330 FEDERAL                 INJURY PRODUCT                                                            [ ] 430 BANKS & BANKING
         OVERPAYMENT &              EMPLOYERS'              LIABILITY           PROPERTY RIGHTS                                       [ ] 450 COMMERCE
         ENFORCEMENT                LIABILITY                                                                                         [ ] 460 DEPORTATION
         OF JUDGMENT        [ ] 340 MARINE          PERSONAL PROPERTY           [ ] 820 COPYRIGHTS                                    [ ] 470 RACKETEER INFLU-
[ ] 151  MEDICARE ACT       [ ] 345 MARINE PRODUCT                              [ ] 830 PATENT                                                ENCED & CORRUPT
[ ] 152  RECOVERY OF                LIABILITY       [ ] 370 OTHER FRAUD         [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION               ORGANIZATION ACT
         DEFAULTED          [ ] 350 MOTOR VEHICLE   [ ] 371 TRUTH IN LENDING                                                                  (RICO)
         STUDENT LOANS      [ ] 355 MOTOR VEHICLE                               [ ] 840 TRADEMARK                                     [ ] 480 CONSUMER CREDIT
         (EXCL VETERANS)            PRODUCT LIABILITY                                                     SOCIAL SECURITY             [ ] 490 CABLE/SATELLITE TV
[ ] 153  RECOVERY OF        [ ] 360 OTHER PERSONAL
         OVERPAYMENT                INJURY          [ ] 380 OTHER PERSONAL      LABOR                     [ ] 861 HIA (1395ff)        [ ] 850 SECURITIES/
         OF VETERAN'S       [ ] 362 PERSONAL INJURY -       PROPERTY DAMAGE                               [ ] 862 BLACK LUNG (923)            COMMODITIES/
         BENEFITS                   MED MALPRACTICE [ ] 385 PROPERTY DAMAGE     [ ] 710 FAIR LABOR        [ ] 863 DIWC/DIWW (405(g))          EXCHANGE
[ ] 160  STOCKHOLDERS                                       PRODUCT LIABILITY           STANDARDS ACT     [ ] 864 SSID TITLE XVI
         SUITS                                                                  [ ] 720 LABOR/MGMT        [ ] 865 RSI (405(g))
[ ] 190  OTHER                                                                          RELATIONS                                     [ ] 890 OTHER STATUTORY
         CONTRACT                                   PRISONER PETITIONS          [ ] 740 RAILWAY LABOR ACT                                     ACTIONS
[ ] 195  CONTRACT                                   [ ] 463 ALIEN DETAINEE      [ ]  751 FAMILY MEDICAL   FEDERAL TAX SUITS           [ ] 891 AGRICULTURAL ACTS
         PRODUCT                                    [ ] 510 MOTIONS TO          LEAVE ACT (FMLA)
         LIABILITY                  ACTIONS UNDER STATUTES   VACATE SENTENCE                              [ ] 870 TAXES (U.S. Plaintiff or
[ ] 196  FRANCHISE                                          28 USC 2255         [ ] 790 OTHER LABOR              Defendant)           [ ] 893 ENVIRONMENTAL
                            CIVIL RIGHTS            [ ] 530 HABEAS CORPUS               LITIGATION        [ ] 871 IRS-THIRD PARTY             MATTERS
                                                    [ ] 535 DEATH PENALTY       [ ] 791 EMPL RET INC              26 USC 7609         [ ] 895 FREEDOM OF
**REAL PROPERTY**           [ ] 440  OTHER CIVIL RIGHTS [ ] 540 MANDAMUS & OTHER        SECURITY ACT (ERISA)                                  INFORMATION ACT
                                    (Non-Prisoner)                                                                                    [ ] 896 ARBITRATION
[ ] 210  LAND               [ ] 441 VOTING                                                                                            [ ] 899 ADMINISTRATIVE
         CONDEMNATION       [ ] 442 EMPLOYMENT                                  IMMIGRATION                                                   PROCEDURE ACT/REVIEW OR
[ ] 220  FORECLOSURE        [ ] 443 HOUSING/        PRISONER CIVIL RIGHTS                                                                     APPEAL OF AGENCY DECISION
[ ] 230  RENT LEASE &               ACCOMMODATIONS                              [ ] 462 NATURALIZATION
         EJECTMENT          [ ] 445 AMERICANS WITH  [ ] 550 CIVIL RIGHTS                APPLICATION                                   [ ] 950 CONSTITUTIONALITY OF
[ ] 240  TORTS TO LAND              DISABILITIES -  [ ] 555 PRISON CONDITION    [ ] 465 OTHER IMMIGRATION                                     STATE STATUTES
[ ] 245  TORT PRODUCT               EMPLOYMENT      [ ] 560 CIVIL DETAINEE              ACTIONS
         LIABILITY          [ ] 446  AMERICANS WITH     CONDITIONS OF CONFINEMENT
[ ] 290  ALL OTHER                  DISABILITIES -OTHER
         REAL PROPERTY      [ ] 448 EDUCATION

Check if demanded in complaint:

☐ CHECK IF THIS IS A CLASS ACTION        DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.?
  UNDER F.R.C.P. 23                       AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
                                          IF SO, STATE:

DEMAND $_____   OTHER _____    JUDGE _____ DOCKET NUMBER _____

Check YES only if demanded in complaint
JURY DEMAND: ☐ YES ☐ NO                 NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

*(PLACE AN x IN ONE BOX ONLY)*     **ORIGIN**

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
  - ☐ a. all parties represented
  - ☐ b. At least one party is pro se.
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from (Specify District)
- ☐ 6 Multidistrict Litigation (Transferred)
- ☐ 7 Appeal to District Judge from Magistrate Judge
- ☐ 8 Multidistrict Litigation (Direct File)

*(PLACE AN x IN ONE BOX ONLY)*     **BASIS OF JURISDICTION**     *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

☐ 1 U.S. PLAINTIFF    ☐ 2 U.S. DEFENDANT    ☐ 3 FEDERAL QUESTION (U.S. NOT A PARTY)    ☐ 4 DIVERSITY

## CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)




DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)




DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:




## COURTHOUSE ASSIGNMENT

I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.

Check one:    THIS ACTION SHOULD BE ASSIGNED TO:    ☐ WHITE PLAINS    ☐ MANHATTAN

DATE     SIGNATURE OF ATTORNEY OF RECORD     ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[ ] YES (DATE ADMITTED Mo. _____ Yr. _____)

RECEIPT #     Attorney Bar Code #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)