```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
ALEXANDRA UCHENIK, individually and on    :
behalf of all others similarly            :
situated                                  :     20cv3162 (DLC)
                                          :
                      Plaintiff,          :         ORDER
            -v-                           :
                                          :
MCGRAW HILL, LLC, PEARSON EDUCATION,      :
INC., CENGAGE LEARNING, INC., and         :
EDUCATIONAL PUBLISHERS ENFORCEMENT        :
GROUP,                                    :
                                          :
                      Defendants.         :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

This action was filed on April 22, 2020. There is no evidence on the docket to indicate that the defendants have been served with the complaint. On April 30, Martha Barabas filed a motion to intervene, representing that she previously filed a similar case in the District of New Jersey and seeking to transfer this action to that district. Accordingly, it is hereby

ORDERED that any opposition to the motion to intervene is due **May 11, 2020**. Any reply is due **May 14.**

IT IS FURTHER ORDERED that the plaintiff shall promptly serve the complaint and this Order on the defendants.

Dated:   New York, New York
         May 4, 2020

```
                              _____
                                     DENISE COTE
                              United States District Judge
```