```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X    20 MDL NO. 2946
                                        :         (DLC)
IN RE: INCLUSIVE ACCESS COURSE          :
MATERIALS ANTITRUST LITIGATION          :    Related to all
                                        :       matters
----------------------------------------X
                                             ORDER
```

DENISE COTE, District Judge:

On August 11, 2020, the Judicial Panel on Multidistrict Litigation transferred this multidistrict litigation to this Court. Accordingly, it is hereby

ORDERED that by **August 21, 2020**, all parties in <u>In Re: Inclusive Access Course Materials Antitrust Litigation</u>, 20 MDL No. 2946; and <u>Cabral v. Cengage Learning, Inc., et al</u>, 20cv03660 shall submit proposals for a schedule in this litigation, in letters no longer than two pages.

IT IS FURTHER ORDERED that a telephone conference will be held on **September 3, 2020** at **2:30 P.M.** The dial-in credentials for the telephone conference are the following:

```
        Dial-in:        888-363-4749
        Access code:    4324948
```

1

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

SO ORDERED:

Dated:   New York, New York
         August 11, 2020

_____
DENISE COTE
United States District Judge