```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X    20 MDL NO. 2946
                                        :         (DLC)
IN RE: INCLUSIVE ACCESS COURSE          :
MATERIALS ANTITRUST LITIGATION          :    Related to all
                                        :       matters
----------------------------------------X
```
                                              ORDER

DENISE COTE, District Judge:

These MDL actions having been assigned to this Court, and having reviewed the parties' August 21, 2020 submissions, it is hereby

ORDERED that applications for appointment as lead counsel in the Student Plaintiffs class actions shall be made by **noon** on **Friday, August 28, 2020.**

IT IS FURTHER ORDERED that applications for appointment as lead counsel in the Retailer Plaintiffs class actions shall be made by **noon** on **Friday, August 28, 2020.**

IT IS FURTHER ORDERED that any objection to those applications shall be filed by **Tuesday, September 1, 2020.**

IT IS FURTHER ORDERED that the September 3 conference will address the applications for appointment as lead counsel and set

a schedule for consolidated class actions.

SO ORDERED:

Dated:    New York, New York
          August 24, 2020

```
                              _____
                                     DENISE COTE
                              United States District Judge
```