```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X    20 MDL NO. 2946
                                        :         (DLC)
IN RE: INCLUSIVE ACCESS COURSE          :
MATERIALS ANTITRUST LITIGATION          :    Related to all
                                        :       matters
----------------------------------------X
                                             ORDER
```

DENISE COTE, District Judge:

On August 28, 2020, Martha Barabas, one of the Student Plaintiffs in this case, moved for the appointment of the Radice Law Firm, PC and Hagens Berman Sobol Shapiro LLP as interim co-lead counsel. In support of the motion, Barabas submitted a declaration by John D. Radice ("Declaration") and requested that it be filed under seal. The Court having reviewed the Declaration, it is hereby

ORDERED that the plaintiff shall file the Declaration with only the third paragraph redacted.

Dated:   New York, New York
         August 31, 2020

                                    _____
                                            DENISE COTE
                                    United States District Judge