```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X    20 MDL NO. 2946
                                        :         (DLC)
IN RE: INCLUSIVE ACCESS COURSE          :
MATERIALS ANTITRUST LITIGATION          :    Related to all
                                        :       matters
----------------------------------------X
                                             ORDER
```

DENISE COTE, District Judge:

On August 12, 2020, this Court issued an Order scheduling a telephone conference for September 3.  On August 24, this Court ordered that the September 3 conference shall address the applications for appointment as lead counsel and set a schedule for consolidated class actions.  It is hereby

ORDERED that counsel for the plaintiffs shall consult with each other and submit an appearance sheet that lists the names and phone numbers of each attorney who will make an appearance at the conference by **Wednesday, September 2** at **5:00 p.m.**  The appearance sheet may be submitted to this Court's Chambers via email at cotenysdchambers@nysd.uscourts.gov.

Dated:    New York, New York
          September 1, 2020

                                    _____
                                           DENISE COTE
                                    United States District Judge